ALICE HOFFMAN, Respondent, *v.* EMIL FRAAD et al., Appellants.

17 EAST 54TH STREET CORPORATION, Appellant.

(Argued October 3, 1928; decided October 23, 1928.)

*John Patrick Walsh* and *Francis X. Hennessy* for Emil Fraad et al., appellants.

*Edward G. MacArthur* for 17 East 54th Street Corporation, appellant.

*R. Randolph Hicks* and *Thomas F. Compton* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.